## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE MARIE EVANS | : | |
| Plaintiff, | : | NO. 3:18-CV-01255 |
| | : | |
| v. | : | (MANNION, J.) |
| | : | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | : | |
| Commissioner of | : | |
| Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

## ORDER

AND NOW, this ___8th___ day of ___October___, 20__, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Christine Marie Evans, is awarded Five Thousand, Nine Hundred and Seventy-Five dollars and 00/100 ($5,975.00) in attorney fees under the EAJA. These attorney fees will be paid directly to Plaintiff, Christine Marie Evans, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s)

to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____ J.